Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME PLASCENCIA AND CECELIA PLASCENCIA,<br><br>        Plaintiffs,<br><br>vs.<br><br>COLLINS ASSET GROUP, LLC AND DANIEL N. GORDON, PC D/B/A GORDON, AYLWORTH & TAMI, P.C.,<br><br>        Defendants. | Civil Action No. 2:17-cv-01505-MJP<br><br>NOTICE OF APPEARANCE FOR DEFENDANT COLLINS ASSET GROUP, LLC<br><br>(CLERK'S ACTION REQUIRED) |

**TO:**       **THE CLERK OF THE COURT;**

**AND TO:**   **ALL PARTIES OF RECORD AND THEIR COUNSEL.**

YOU, AND EACH OF YOU, will please take notice that the appearance of Defendant Collins Asset Group, LLC is hereby entered in the above-entitled action through the undersigned attorneys, without waiving its right to challenge the Court's jurisdiction and service of process.

You are hereby directed to serve all future pleadings or papers, except process, upon the said attorneys at their office below stated.

///

//

NOTICE OF APPEARANCE - 1
USDC WD WA CAUSE NO. 2:17-cv-01505-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | | |
|---|---|---|
| 1 | DATED this 21ˢᵗ day of November, 2017 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: *s/Kathleen A. Nelson*
Kathleen A. Nelson, WSBA #22826
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Kathleen.Nelson@lewisbrisbois.com
Attorney for Defendant Collins Asset Group, LLC

NOTICE OF APPEARANCE - 2
USDC WD WA CAUSE NO. 2:17-cv-01505-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | |
|---|---|
| **1** | **DECLARATION OF SERVICE** |
| **2** | I hereby certify that on November 21, 2017 I electronically filed the foregoing with the |
| **3** | Clerk of the Court using the CM/ECF system, which will send notification of such filing to all |
| **4** | |
| **5** | attorneys of record. |

| *Counsel for Plaintiff* <br> Christina L. Henry <br> Henry Degraaff & McCormick, PS <br> 1833 N 105th Street, Suite 203 <br> Seattle, WA 98133 <br> (206) 330-0595 <br> WSBA #31273 | ☐ via U.S. Mail, first class, postage prepaid <br> ☐ via Legal Messenger Hand Delivery <br> ☐ via Facsimile (206) 400-7609 <br> ☒ via U.S.D.C. CM/ECF <br> ☐ via Email: <br> chenry@hdm-legal.com |
|---|---|
| *Counsel for Plaintiff* <br> V. Omar Barraza <br> Barraza Law, PLLC <br> 14245-F Ambaum Blvd SW <br> Burien, WA 98166 <br> (206) 933-7861 <br> WSBA #43589 | ☐ via U.S. Mail, first class, postage prepaid <br> ☐ via Legal Messenger Hand Delivery <br> ☐ via Facsimile (206) 933-7863 <br> ☒ via U.S.D.C. CM/ECF <br> ☐ via Email: <br> omar@barrazalaw.com |

*s/Tami L. Foster*

_____
Tami L. Foster
Tami.Foster@lewisbrisbois.com

NOTICE OF APPEARANCE - 3
USDC WD WA CAUSE NO. 2:17-cv-01505-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020