UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME PLASCENCIA and CECELIA PLASCENCIA,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS ASSET GROUP, LLC and DANIEL N. GORDON PC d/b/a GORDON, AYLWORTH & TAMI, P.C.,<br><br>Defendants. | Case No. 2:17-CV-01505-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT DANIEL N. GORDON, PC dba GORDON AYLWORTH & TAMI, PC TO RESPOND TO PLAINTIFFS' COMPLAINT** |

This matter to extend time for defendant Daniel N. Gordon, PC dba Gordon Aylworth & Tami, P.C. (herein "GAT") to answer the Complaint or otherwise move the Court for relief , having come before the Court by stipulation between the parties, and the court having considered the files and records herein, now, therefore, it is

ORDERED that the time for defendant GAT to answer the Complaint or otherwise move

/ / /

/ / /

/ / /

/ / /

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT DANIEL N. GORDON, PC dba GORDON AYLWORTH & TAMI, PC TO RESPOND TO PLAINTIFFS' COMPLAINT -** 1
2:17-CV-01505-MJP

1  the Court for relief is extended to, and includes, December 11, 2017.

2       DATED this 22nd day of November, 2017.

_____
Marsha J. Pechman
United States District Judge

Presented by:
*s/ Peter D. Eidenberg*
Peter D. Eidenberg, WSBA No. 40923
KEATING JONES HUGHES, P.C.

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT DANIEL N. GORDON, PC dba GORDON AYLWORTH & TAMI, PC TO RESPOND TO PLAINTIFFS' COMPLAINT -** 2
2:17-CV-01505-MJP