Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME PLASCENCIA AND CECELIA PLASCENCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COLLINS ASSET GROUP, LLC AND DANIEL N. GORDON, PC D/B/A GORDON, AYLWORTH & TAMI, P.C.,<br><br>Defendants. | Civil Action No. 2:17-cv-01505-MJP<br><br>ORDER CONTINUING DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>November 22, 2017 |

This matter having come before the Court on Stipulated Motion to Continue Deadline to Respond to Complaint and the Court finding god cause exists to grant the motion, it is hereby

ORDERED Defendant Collins Asset Group, LLC's deadline to respond to Plaintiffs' Complaint shall be continued to December 4, 2017.

IT IS SO ORDERED

Done in open court this 22nd day of November, 2017.

_____
Marsha J. Pechman
United States District Judge

Jointly presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____*s/Kathleen A. Nelson*_____
    Kathleen A. Nelson, WSBA #22826
    1111 Third Avenue, Suite 2700
    Seattle, Washington 98101
    (206) 436-2020
    Kathleen.Nelson@lewisbrisbois.com
Attorney for Defendant Collins Asset Group, LLC

HENRY DEGRAAFF & MCCORMICK, PS

By: _____*s/Christina L. Henry*_____
    Christina L. Henry, WSBA #31273
    1833 N 105th Street, Suite 203
    Seattle, WA 98133
    (206) 330-0595
    chenry@hdm-legal.com
    Attorney for Plaintiffs

BARRAZA LAW, PLLC

By: _____*s/V. Omar Barraza*_____
    V. Omar Barraza, WSBA #43589
    14245-F Ambaum Blvd SW
    Burien, WA 98166
    (206) 933-7861
    omar@barrazalaw.com
    Attorney for Plaintiffs