Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME PLASCENCIA AND CECELIA PLASCENCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COLLINS ASSET GROUP, LLC AND DANIEL N. GORDON, PC D/B/A GORDON, AYLWORTH & TAMI, P.C.,<br><br>Defendants. | Civil Action No. 2:17-cv-01505-MJP<br><br>ORDER CONTINUING DEADLINE TO RESPOND TO COMPLAINT |

This matter having come before the Court on Stipulated Motion to Continue Deadline to Respond to Complaint and the Court finding god cause exists to grant the motion, it is hereby

ORDERED Defendant Collins Asset Group, LLC's deadline to respond to Plaintiffs' Complaint shall be continued to December 15, 2017.

IT IS SO ORDERED

Done in open court this 12th day of December, 2017.

_____
Marsha J. Pechman
United States District Judge

Jointly presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/Kathleen A. Nelson*
Kathleen A. Nelson, WSBA #22826
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Kathleen.Nelson@lewisbrisbois.com
Attorney for Defendant Collins Asset Group, LLC

HENRY DEGRAAFF & MCCORMICK, PS

By: *s/Christina L. Henry*
Christina L. Henry, WSBA #31273
1833 N 105th Street, Suite 203
Seattle, WA 98133
(206) 330-0595
chenry@hdm-legal.com
Attorney for Plaintiffs

BARRAZA LAW, PLLC

By: *s/V. Omar Barraza*
V. Omar Barraza, WSBA #43589
14245-F Ambaum Blvd SW
Burien, WA 98166
(206) 933-7861
omar@barrazalaw.com
Attorney for Plaintiffs