UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME PLASCENCIA AND CECELIA PLASCENCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COLLINS ASSET GROUP, LLC AND DANIEL N. GORDON, PC D/B/A GORDON, AYLWORTH & TAMI, P.C.,<br><br>Defendants. | No. 2:17-cv-01505-MJP<br><br>ORDER CONTINUING INITIAL DISCLOSURE DEADLINE |

This matter having come before the Court on the Stipulated Motion to Continue Initial Disclosure Deadline and the Court finding god cause exists to grant the motion, it is hereby

ORDERED the initial disclosure deadline shall be continued to January 11, 2018.

IT IS SO ORDERED.

DATED: January 5, 2018

_____
Marsha J. Pechman
United States District Judge

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____*s/Kathleen A. Nelson*_____
Kathleen A. Nelson, WSBA #22826
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Kathleen.Nelson@lewisbrisbois.com
Attorney for Defendant Collins Asset Group, LLC

HENRY DEGRAAFF & MCCORMICK, PS

By: _____*s/Christina L. Henry*_____
Christina L. Henry, WSBA #31273
1833 N 105th Street, Suite 203
Seattle, WA 98133
(206) 330-0595
chenry@hdm-legal.com
Attorney for Plaintiffs

BARRAZA LAW, PLLC

By: _____*s/V. Omar Barraza*_____
V. Omar Barraza, WSBA #43589
14245-F Ambaum Blvd SW
Burien, WA 98166
(206) 933-7861
omar@barrazalaw.com
Attorney for Plaintiffs

KEATING JONES HUGHES, P.C.

By: _____*s/Peter D. Eidenberg*_____
Peter D. Eidenberg, WSBA #40923
(503) 222-9955
peidenberg@keatingjones.com
Attorney for Defendant Gordon, dba Gordon,
Aylworth & Tami, P.C.