UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAIME PLASCENCIA, et al.,

    Plaintiff(s),

v.

COLLINS ASSET GROUP, LLC, et al.,

    Defendant(s).

CASE NO. 2:17–cv–01505–MJP

ORDER SETTING TRIAL DATE & RELATED DATES

| | |
|---|---|
| JURY TRIAL DATE | April 15, 2019 |
| Deadline for joining additional parties | February 13, 2018 |
| Deadline for filing amended pleadings | February 23, 2018 |
| Reports from expert witness under FRCP 26(a)(2) due | September 17, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | October 17, 2018 |
| Discovery completed by | November 16, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d))<br><br>**Counsel are reminded of the requirement to provide courtesy copies of any motions with** | December 17, 2018 |

| | |
|---|---|
| exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion. | |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | March 11, 2019 |
| Agreed pretrial order due | April 3, 2019 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | April 3, 2019 |
| Pretrial conference | April 5, 2019 at 01:30 PM |
| Length of Jury Trial | 3 DAY |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Deputy Clerk, Rhonda Miller, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**COOPERATION:**

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

**EXHIBITS:**

The original and one copy of the trial exhibits are to be delivered to chambers four days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next number series not used by plaintiff.

Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in individual file folders with appropriately numbered tabs.

**SETTLEMENT:**

Should this case settle, counsel shall notify Rhonda Miller as soon as possible at 206–370–8518. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED: The 16th of January 2018.

　　　　　　　　　　　　　　　　　　　　　s/ *Marsha J. Pechman*
　　　　　　　　　　　　　　　　　　　　　Honorable Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　United States District Judge