Honorable Marsha J Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAIME PLASCENCIA and CECELIA PLASCENCIA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COLLINS ASSET GROUP, LLC and DANIEL N. GORDON PC D/B/A GORDON, AYLWORTH & TAMI, P.C.,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-01505-MJP<br><br>STIPULATED MOTION FOR RELIEF FROM A DEADLINE TO RESPOND TO MOTION FOR PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br><br>July 9, 2018 |

　　　　Pursuant to LCR 7(j) and Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs and Defendant Collins Asset Group, LLC ("CAG") respectfully request that the Court allow Plaintiffs to continue their deadline to respond to CAG's Motion for Protective Order to July 9, 2018 and for CAG to have an additional two days for reply to July 11th, 2018. The parties submit that there is good cause to allow a late filed response and Plaintiffs' counsel apologizes for the delay in responding as due to excusable neglect and not to any disrespect for the Court's docket. A declaration from Plaintiffs' counsel Christina Henry in support and the proposed order accompanies this motion.

/ /

/ /

DATED this 9th day of July, 2018

        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s Kathleen A. Nelson*
Kathleen A. Nelson, WSBA #22826
Ethan A. Smith, WSBA# 50706
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Kathleen.Nelson@lewisbrisbois.com
Ethan.Smith@lewisbisbois.com
Attorney for Defendant Collins Asset Group, LLC

HENRY DEGRAAFF & MCCORMICK, PS

By:    *s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
150 Nickerson St, Ste 311
Seattle, WA 98109
Tel: 206-330-0595
chenry@hdm-legal.com
Attorney for Plaintiff

BARRAZA LAW, PLLC

By:    *s/ V. Omar Barraza*
V. Omar Barraza, WSBA #43589
14245-F Ambaum Blvd SW
Burien, WA 98166
(206) 933-7861
omar@barrazalaw.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9th 2018, I electronically filed the foregoing via CM/ECF to the parties below.

| | |
|---|---|
| Kathleen A. Nelson<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Phone: (206) 436-2020<br>Email: Kathleen.Nelson@lewisbrisbois.com<br>Attorneys for Defendant Collins Asset Group, LLC | Stephen H. Turner<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th Street<br>Los Angeles, CA 90071<br>Phone: (213) 680-5081<br>Email: Stephen.Turner@lewisbrisbois.com<br>Attorneys for Defendant Collins Asset Group, LLC |
| Peter Eidenberg<br>KEATING JONES HUGHES, PC<br>One Southwest Columbia Street<br>Suite 800<br>Portland, Oregon 97258-2095<br>Tel# 503-222-9955<br>FAX 503-796-0699<br>Email: peidenberg@keatingjones.com<br>Attorneys for Daniel N. Gordon PC d/b/a Gordon Aylworth & Tami, P.C | Robert E. Sinnott<br>KEATING JONES HUGHES, PC<br>One Southwest Columbia Street<br>Suite 800<br>Portland, Oregon 97258-2095<br>Tel# 503-222-9955<br>FAX 503-796-0699<br>Email: rsinnott@keatingjones.com<br>Attorneys for Daniel N. Gordon PC d/b/a Gordon Aylworth & Tami, P.C. |

By   */s/ Christina L. Henry*
     Christina L. Henry