Honorable Marsha J Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAIME PLASCENCIA and CECELIA PLASCENCIA,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS ASSET GROUP, LLC and DANIEL N. GORDON PC D/B/A GORDON, AYLWORTH & TAMI, P.C.,<br><br>Defendant. | Case No.: 2:17-cv-01505-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM A DEADLINE TO RESPOND TO MOTION FOR PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br>July 9, 2018 |

This matter having come before the Court on a Stipulated Motion for Relief from a Deadline to Respond to Motion for Protective Order and the Court finding good cause with a showing of excusable neglect to grant the motion, it is hereby ORDERED Plaintiffs Jaime Plascencia and Cecelia Plascencia's deadline to respond to Defendant Collins Asset Group, LLC's Motion for Protective Order shall be continued to July 9, 2018 and Defendant Collins' deadline to file a reply is continued to July 11, 2018.

Dated this 9th day of July, 2018.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM A DEADLINE TO RESPOND TO
MOTION FOR PROTECTIVE ORDER - 1