Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME PLASCENCIA AND CECELIA PLASCENCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COLLINS ASSET GROUP, LLC AND DANIEL N. GORDON, PC D/B/A GORDON, AYLWORTH & TAMI, P.C.,<br><br>Defendants. | Civil Action No. 2:17-cv-01505-MJP<br><br>NOTICE OF ASSOCIATION FOR DEFENDANT COLLINS ASSET GROUP, LLC<br><br>(CLERK'S ACTION REQUIRED) |

TO:        CLERK OF COURT

AND TO:   ALL PARTIES OF RECORD AND THEIR COUNSEL

NOTICE IS HEREBY GIVEN that Ethan A. Smith of Lewis Brisbois Bisgaard & Smith LLP, 1111 Third Avenue, Suite 2700, Seattle, WA 98101, hereby associates with Kathleen A. Nelson, also of Lewis Brisbois Bisgaard & Smith LLP, as attorneys for Defendant Collins Asset Group, LLC in the above-captioned matter. Please serve all further papers and pleadings herein on Ethan A. Smith, as well as Kathleen A. Nelson, with the exception of original process.

NOTICE OF ASSOCIATION - 1
USDC WD WA CAUSE NO. 2:17-cv-01505-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4845-0642-0333.1

1  DATED this 10th day of July, 2018            LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3                                                By: _____*s/Ethan A. Smith*_____
                                                    Ethan A. Smith, WSBA #50706
4                                                   1111 Third Avenue, Suite 2700
                                                    Seattle, Washington 98101
5                                                   (206) 436-2020
6                                                   Ethan.Smith@lewisbrisbois.com
                                                 Attorney for Defendant Collins Asset Group, LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF ASSOCIATION - 2
USDC WD WA CAUSE NO. 2:17-cv-01505-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4845-0642-0333.1

# DECLARATION OF SERVICE

I hereby certify that on July 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| *Counsel for Plaintiff*<br>Christina L. Henry<br>Henry Degraaff & McCormick, PS<br>1833 N 105th Street, Suite 203<br>Seattle, WA 98133<br>(206) 330-0595<br>WSBA #31273 | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile (206) 400-7609<br>☒ via U.S.D.C. CM/ECF<br>☐ via Email:<br>chenry@hdm-legal.com |
| *Counsel for Plaintiff*<br>V. Omar Barraza<br>Barraza Law, PLLC<br>14245-F Ambaum Blvd SW<br>Burien, WA 98166<br>(206) 933-7861<br>WSBA #43589 | ☐ via U.S. Mail, first class, postage prepaid<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile (206) 933-7863<br>☒ via U.S.D.C. CM/ECF<br>☐ via Email:<br>omar@barrazalaw.com |

*s/Linda Morlin*

Linda Morlin, Legal Secretary

NOTICE OF ASSOCIATION - 3
USDC WD WA CAUSE NO. 2:17-cv-01505-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4845-0642-0333.1