# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAIME PLASCENCIA and CECELIA PLASCENCIA, <br><br> Plaintiffs, <br><br> v. <br><br> COLLINS ASSET GROUP, LLC and DANIEL N. GORDON PC D/B/A GORDON, AYLWORTH & TAMI, P.C., <br><br> Defendants. | CASE NO. C17-1505-MJP <br><br> ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER |

THIS MATTER comes before the Court on Defendant Collins Asset Group LLC's Motion for Protective Order. (Dkt. No. 33.) Having reviewed the Motion, the Response (Dkt. No. 38), the Reply (Dkt. No. 42), and all related papers, the Court rules as follows:

The Court GRANTS the Motion with respect to Requests for Production Nos. 21, 22, and 23. The Court DENIES the Motion with respect to Requests for Production Nos. 19, 20, and 24. With respect to Request for Production Nos. 19 and 20, Defendants need not produce all

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER - 1

1 documents, but must provide Plaintiffs with a list of case numbers and courts in which the

2 requested lawsuits were filed.

3 The clerk is ordered to provide copies of this order to all counsel.

4 Dated July 25, 2018.

Marsha J. Pechman
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER - 2