1
2
3
4
5
6
7                                                              The Honorable Marsha J. Pechman
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAIME PLASCENCIA and CECELIA PLASCENCIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:17-CV-01505-MJP<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT DANIEL N. GORDON, PC dba GORDON AYLWORTH & TAMI, PC** |
| Plaintiff, | | |
| v. | | |
| COLLINS ASSET GROUP, LLC and DANIEL N. GORDON PC d/b/a GORDON, AYLWORTH & TAMI, P.C., | | |
| Defendants. | | |

**TO:**     The Clerk of the Court;

**AND TO:**     All Parties of Record and Their Counsel

YOU, AND EACH OF YOU, will please take notice that Kelly F. Huedepohl of Keating Jones Hughes, P.C. hereby enters an appearance as to Defendant Daniel N. Gordon PC d/b/a Gordon, Aylworth & Tami, P.C. in the above-entitled action. Attorney Peter D. Eidenberg remains as lead counsel of record for Defendant Daniel N. Gordon PC d/b/a Gordon, Aylworth & Tami, P.C.

/ / /

/ / /

**NOTICE OF APPEARANCE FOR DEFENDANT DANIEL N. GORDON, PC dba GORDON AYLWORTH & TAMI, PC -** Page 1
2:17-CV-01505-MJP

Doc No. 1287302

KEATING JONES HUGHES P.C.
200 SW Market Street, Suite 900
Portland, Oregon 97201
(503) 222-9955

1    You are hereby directed to serve all future pleadings or papers, except process, upon the
2    said attorneys at their office below stated.
3    DATED this 11th day of December, 2018.
4              KEATING JONES HUGHES, P.C.

*s/ Kelly F. Huedepohl*
Kelly F. Huedepohl, WSBA No. 53456
Peter D. Eidenberg, WSBA No. 40923
200 SW Market Street, Suite 900
Portland, OR 97201
Phone: (503) 222-9955
Fax: (503) 796-0699
Emails: khuedepohl@keatingjones.com and to peidenberg@keatingjones.com
Of Attorneys for Daniel N. Gordon PC d/b/a Gordon Aylworth & Tami, P.C.

**NOTICE OF APPEARANCE FOR DEFENDANT DANIEL N. GORDON, PC dba GORDON AYLWORTH & TAMI, PC -** Page 2
2:17-CV-01505-MJP

Doc No. 1287302

**KEATING JONES HUGHES P.C.**
200 SW Market Street, Suite 900
Portland, Oregon 97201
(503) 222-9955

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE FOR DEFENDANT DANIEL N. GORDON, PC dba GORDON AYLWORTH & TAMI, PC** with the United States District Court for the Western District of Washington at Seattle by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Christina L. Henry<br>HENRY, DEGRAAFF & MCCORMICK, PS<br>1833 N. 105TH ST, SUITE 203<br>SEATTLE, WA 98133<br>Phone: (206) 330-0595<br>Email: chenry@HDM-legal.com<br>Of Attorneys for Jaime and Cecelia Plascencia | V. Omar Barraza<br>BARRAZA LAW, PLLC<br>14245F Ambaum Blvd SW<br>Burien, WA 98166-1421<br>Phone: (206) 933-7861<br>Email: omar@barrazalaw.com<br>Of Attorneys for Jaime and Cecelia Plascencia |
| Stephen Turner<br>LEWIS BRISBOIS<br>633 West 5th Street<br>Los Angeles, CA 90071<br>Phone: (213) 680-5081<br>Email: Stephen.Turner@lewisbrisbois.com<br>Of Attorneys for Defendant Collins Asset Group, LLC | Kathleen A. Nelson<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Phone: (206) 436-2020<br>Email: Kathleen.Nelson@lewisbrisbois.com<br>Of Attorneys for Defendant Collins Asset Group, LLC |

KEATING JONES HUGHES, P.C.

*s/ Kelly F. Huedepohl*
Kelly F. Huedepohl, WSBA No. 53456
Peter D. Eidenberg, WSBA No. 40923
200 SW Market Street, Suite 900
Portland, OR 97201
Phone: (503) 222-9955
Fax: (503) 796-0699
Emails: khuedepohl@keatingjones.com and to peidenberg@keatingjones.com
Of Attorneys for Daniel N. Gordon PC d/b/a Gordon Aylworth & Tami, P.C.

NOTICE OF APPEARANCE FOR DEFENDANT DANIEL N. GORDON, PC dba GORDON AYLWORTH & TAMI, PC - Page 3
2:17-CV-01505-MJP
Doc No. 1287302

KEATING JONES HUGHES P.C.
200 SW Market Street, Suite 900
Portland, Oregon 97201
(503) 222-9955