Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME PLASCENCIA AND CECELIA PLASCENCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COLLINS ASSET GROUP, LLC AND DANIEL N. GORDON, PC D/B/A GORDON, AYLWORTH & TAMI, P.C.,<br><br>Defendants. | Civil Action No. 2:17-cv-01505-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT COLLINS ASSET GROUP, LLC'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT** |

## I.  STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Collins Asset Group, LLC ("CAG") and Plaintiffs Jaime Plascencia and Cecelia Plascencia jointly request that the Court extend CAG's deadline to respond to the Plascencias' Second Amended Complaint for Violations of 15 USC §1692 and RCW Chapters 19.16 and 19.86 Et Seq. ("Second Amended Complaint") to January 4, 2019.

Good cause exists for this extension, as it will allow to CAG to fully investigate and respond to the complex allegations set forth in the Second Amended Complaint. In addition, when the Second Amended Complaint was initially filed, Exhibit F was inadvertently omitted. While the Plascencias have recognized and corrected this error, this did not occur until December 20, 2018, one day before CAG's current deadline to respond.

| | | |
|---|---|---|
| 1 | DATED this 21st day of December, 2018 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: *s/Kathleen A. Nelson*
Kathleen A. Nelson, WSBA #22826
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Kathleen.Nelson@lewisbrisbois.com
Attorney for Defendant Collins Asset Group, LLC

HENRY DEGRAAFF & MCCORMICK, PS

By: *s/Christina L. Henry*
Christina L. Henry, WSBA #31273
1833 N 105th Street, Suite 203
Seattle, Washington 98133
(206) 330-0595
chenry@hdm-legal.com
Attorney for Plaintiffs

BARRAZA LAW, PLLC

By: *s/V. Omar Barraza*
V. Omar Barraza WSBA #43589
14245-F Ambaum Blvd. SW
Burien, WA 98166
(206) 933-7861
omar@barrazalaw.com
Attorney for Plaintiffs

ORDER GRANTING STIPULATED MOTION TO EXTEND
DEFENDANT COLLINS ASSET GROUP, LLC'S DEADLINE TO
RESPOND TO SECOND AMENDED COMPLAINT - 2

IT IS SO ORDERED

Done in open court this 27th day of December, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge