UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME PLASCENCIA,<br><br>                        Plaintiff,<br><br>    v.<br><br>COLLINS ASSET GROUP, LLC,<br><br>                        Defendant. | CASE NO. C17-1505 MJP<br><br>ORDER DENYING STIPULATED MOTION RE SUMMARY JUDGMENT BRIEFING AND OTHER DEADLINES |

The Court, having received and reviewed the Stipulated Motion Re Summary Judgment Briefing and Other Deadlines (Dkt. No. 101), makes the following findings:

1. The Motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision; and
2. The motion provides no suitable explanation as to why the existing case schedule deadlines will not be met.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 15, 2019.

Marsha J. Pechman
United States District Judge