UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME PLASCENCIA,<br><br>                Plaintiff,<br><br>    v.<br><br>COLLINS ASSET GROUP, LLC,<br><br>                Defendant. | CASE NO. C17-1505 MJP<br><br>ORDER GRANTING IN PART DENYING IN PART STIPULATED MOTION RE SUMMARY JUDGMENT BRIEFING |

    Having read the Parties' Stipulated Motion Regarding Summary Judgment Briefing and related papers, the Court:

(1) GRANTS the Parties' stipulated schedule for briefing their motions for partial summary judgment (Dkt. No. 104 at 2-3);

(2) Finding no explanation for the Parties' Motion, DENIES the Parties' stipulation to extend all other dates.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated April 30, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER GRANTING IN PART DENYING IN PART STIPULATED MOTION RE SUMMARY JUDGMENT BRIEFING - 2